**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                  **Case No. 8:06-cr-375-T-30MAP**
                                                          **8:06-cr-376-T-30MAP**

**WAYNE SHAPIRO,**
    **Defendant.**
_____/

**O R D E R**

THIS MATTER was before the court on July 26, 2006, for an Initial Appearance on a petition alleging violation of supervised release.[1] The Defendant waived his preliminary revocation hearing.

Upon the basis of the affidavits contained in the court file and defendant's waiver of hearing, the court finds probable cause to hold the Defendant for further proceedings before the United States District Judge, and it is so **ORDERED**.

It is **FURTHER ORDERED** that the Clerk of the Court shall schedule the final revocation hearing before the Honorable James S. Moody, Jr.

It is **FURTHER ORDERED** that the Defendant is ordered **RELEASED** pending further proceedings. Conditions of release are addressed by separate order.

---

[1] The Defendant is on supervised release under three separate case numbers. At the time of the hearing, the court was advised that efforts were underway to have the jurisdiction of the Defendant transferred from the Southern District of Florida to this court. As a consequence, the undersigned has withheld entry of this order pending the court's acceptance of jurisdiction. The court has now accepted jurisdiction.

It is **FURTHER ORDERED** that the Government shall produce for inspection and copying any appropriate discovery which the Government intends to use at the final revocation hearing at least three (3) days prior to the final hearing.

**Done and Ordered** in Tampa, Florida this 18th day of October 2006.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
James S. Moody, Jr., U.S. District Judge
District Judge Courtroom Deputy
Amanda Kaiser, Assistant United States Attorney
Laurel Moore, Attorney for Defendant
U.S. Probation
U.S. Marshal